**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OSCAR VASQUEZ-CASTILLION, | No. 08-70663 |
| Petitioner, | Agency No. A028-943-689 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Oscar Vasquez-Castillion, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's deportation order.  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review de novo questions of law, *Kankamalage v. INS*, 335 F.3d 858, 861-62 (9th Cir. 2003), and we deny the petition for review.

The doctrine of res judicata does not bar the government from filing an additional charge of deportability against Vasquez-Castillion because the BIA's remand order is not a final judgment, rendered on the merits in a separate action. *See* 8 C.F.R. § 1240.10(e); *Valencia-Alvarez v. Gonzales*, 469 F.3d 1319, 1323-24 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**